## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,  :
                                  :
v.  :
                                  :    Case No.: 7:21-CR-7 (WLS-TQL-1)
                                  :
BARRY KIYA DAISE,  :
                                  :
                                  :
    Defendant.  :
                                  :

## ORDER

The Court intends to notice this case for the February 2022 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Tuesday, December 21, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

       **SO ORDERED**, this ___6th___ day of December 2021.

                                      /s/ W. Louis Sands
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**