IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-7 (WLS) |
| | : | |
| BARRY KIYA DAISE., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the Defendant's Response (Doc. 45) to this Court's Order to Confer. (Doc. 44.) Therein, Defense Counsel notices the Court that they do not currently anticipate that any additional motions, hearing, or further briefing will be required, and that they have also requested certified copies of documents in an effort to adequately calculate Defendant's sentencing guideline range. (Doc. 45.)

Defendant's Response (Doc. 45) is non-responsive to this Court's request that the Parties inform the Court "whether the case is ready to proceed to trial." (Doc. 44.) The Court also notes that Defendant did not specifically request a continuance in their Response. (Doc. 45.) Therefore, if additional time is needed and to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file a Motion to Continue in this case by **no later than close of business, Thursday, June 24, 2022**. Otherwise, the case is noticed for the Valdosta Division August 2022 trial term.

**SO ORDERED**, this 17th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1