## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-7 (WLS-TQL-1) |
| | : |
| BARRY KIYA DAISE, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

Before the Court is the Defendant's Unopposed Motion for a Continuance, filed June 23, 2022. (Doc. 48.) Therein, Defendant requests that this Court continue the trial, currently set to begin in August 2022 to the next regularly scheduled trial term. (*Id.*) The Court notes for the purposes of the record that this is the sixth time that Defendant has requested a continuance. (Docs. 26, 31, 35, 39, 42, 48.)

The reason that a continuance is requested is that Defense Counsel requires copies of certified documents to adequately calculate Defendant's sentencing guidelines range. (Doc. 48.) Defense Counsel states that she has requested those documents and therefore moves this Court to continue the current August 8, 2022 trial date to permit the parties to continue to engage in plea negotiations. (*Id.*) The Court notes that in its March 25, 2022 Order it noticed the Parties that "no further continuances [would] be granted except to avoid manifest injustice upon timely written motion on a ground unavoidable or not reasonably foreseeable by the moving party of parties." (Doc. 43.) Failure to timely request the necessary documents is not a ground unavoidable or not reasonably foreseeable to the moving party.

1

As Defendant has not shown that failure to grant a continuance would result in manifest injustice and the interests of the public weigh in favor of a speedy trial, Defendant's Unopposed Motion to Continue (Doc. 48) is **DENIED**. This case shall be tried during the Valdosta trial term beginning August 8, 2022, unless otherwise resolved or ordered by the Court.

**SO ORDERED**, this 27th day of June, 2022.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**