**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-7 (WLS) |
| | : | |
| BARRY KIYA DAISE., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

A pretrial conference was held in this matter on July 6, 2022. (Doc. 50.) At the pretrial conference, both Parties announced ready for trial. (*Id.*) To date, neither Party has filed their Proposed *Voir Dire* Questions or Proposed Jury Instructions/Requests to Charge.

Pursuant to this Court's Notice of Pretrial Conference, the Parties were supposed to file the "Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions no later than one (1) business day prior to the conference." (Doc. 47) Accordingly, the Parties are **ORDERED** to file their Proposed *Voir Dire* Questions and Proposed Jury Instructions/Requests to Charge **by no later than Monday, July 25, 2022**.

**SO ORDERED**, this 21st day of July 2022.

                                                **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**