IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| v. | : | CASE NO.: 7:21-cr-7 (WLS) |
| BARRY KIYA DAISE., | : | |
| Defendant. | : | |

## ORDER

On July 28, 2022, a Status Conference was held in this case. The Court called a Status Conference as Defendant, Barry Kiya Daise, had sent a letter to the Court, in which he stated that he was confused regarding Defense Counsel's explanation that Defendant lacked standing to challenge the warrant. The Court enters this order to memorialize the issues discussed at the Status Conference.

At the Status Conference it was clarified that Defendant was referencing two separate search warrants. The Court advised Defendant that it could not give him legal advice but had called the Status Conference to confirm that Defense Counsel had adequately considered Defendant's standing to challenge the warrants. Defense Counsel advised the Court, on the record, that it was her professional opinion that Defendant lacked standing to challenge either search warrant.

After the Court confirmed that Defendant had been adequately informed regarding his Counsel's assessment of his standing, the Government requested the opportunity to place its plea offer on the record. The Court granted the Government's request. The Government then read the plea offer into the record and informed the Court that Defendant had been provided effectively until close of business, July 28, 2022 to accept the plea offer.

2

Having confirmed that Defense Counsel has adequately addressed Defendant's question regarding his standing the Court finds that no further action is required at this time. Defendant was told by the Court that the case would proceed to trial on August 8, 2022, at 8:30 a.m., if the Government's offer was not accepted. Defendant acknowledged that his Counsel had informed him of the Government's offer and the deadline to accept the offer.

**SO ORDERED**, this 29th day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**