**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-7 (WLS) |
| | : | |
| BARRY KIYA DAISE., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On August 11, 2022, at the close of the Government's case-in-chief, Defendant moved this Court for a Judgment of Acquittal pursuant to Fed. R. Crim. P. 29 on all four (4) counts of the Indictment. (Doc. 1.) Defendant specifically argued that the Government had failed to present any direct evidence tying the Defendant to the drugs, gun or apartment, located at 108 West Hill Avenue, Valdosta, Georgia.

The Government responded that it had presented sufficient direct and circumstantial evidence to sustain a conviction as to all four (4) counts.

The Court **DENIED** Defendant's Motion orally from the bench, upon finding that that the Government had presented sufficient, direct, and circumstantial evidence, to sustain a conviction, as to each count of the Indictment (Doc. 1) if that evidence were to be believed by the jury. The Court enters this Order to memorialize its ruling from the bench.

**SO ORDERED**, this 11th day of August 2022

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1