IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-7 (WLS) |
| | : | |
| BARRY KIYA DAISE., | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

A jury trial was held in this matter from August 8, 2022, to August 12, 2022. On August 12, 2022, after extensive deliberations – during which this Court gave an Allen Charge to the jury – the jury informed the Court that they were deadlocked and unable to reach a verdict on any count of the Indictment. (Doc. 1.) Accordingly, this Court declared a mistrial and ordered the case for re-trial.[1] The Court enters this Order to memorialize its ruling from the bench.

**SO ORDERED**, this <u>18th</u> day of August 2022

                                                                   /s/ W. Louis Sands
                                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                                   **UNITED STATES DISTRICT COURT**

---

[1] The Court notes for the purposes of the record that the Court initially stated, from the bench, that this matter would be re-tried on this Court's November calendar, that being the next regular Valdosta trial term. The Court now notes that this would violate the Defendant's right to a Speedy Trial. 18 U.S.C. § 3161(e). Accordingly, this matter shall be re-tried in October.