**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:21-cr-7 (WLS) |
| | : |
| BARRY KIYA DAISE., | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

On January 11, 2023, the United States Probation Office via memorandum requested a continuance of Defendant's sentencing hearing so that the Probation Office could complete its presentence investigation. A continuance was requested as the Probation Office requires additional time to parse through evidence pertaining to Defendant's criminal history, the bulk of which originates from rural Georgia where records are not typically electronically accessible.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant was convicted by a jury in this matter on October 6, 2022.  (Doc. 109.) However, as a thorough presentence investigation report may assist this Court in determining a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on January 25, 2023, is **CANCELLED.** Defendant's Sentencing Hearing shall be rescheduled by a subsequent Order of this Court.

**SO ORDERED**, this 13th day of January 2023

                                                    /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**