IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
|  | Case Number: 7:21-CR-7 (WLS) |
| BARRY KIYA DAISE, | * |
| Defendant. | * |

### ORDER

Pursuant to an Appearance Bond dated March 22, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Victoria Gray.

This 2nd day of March 2023.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT