**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES,               :
                            :
v.                            :        CASE NO.: 7:21-cr-7 (WLS)
                            :
BARRY KIYA DAISE.,       :
                            :
       Defendant.         :
_____:

## <u>ORDER</u>

Presently before the Court is Defendant's Unopposed Motion to Extend the Deadline to File Objections to the Draft Presentence Investigation Report and corresponding request to Continue Sentencing, which was filed on March 31, 2023. (Doc. 129.) Therein, Defendant moves this Court to extend the deadline to file an Objection to the Draft Presentence Investigation Report. (Doc. 127 & 129.) Defendant also moves this Court to reschedule Defendant's Sentencing hearing from April 26, 2023, to the Court's next available sentencing date. (Doc. 129.)

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." The Court notes for the purposes of the record that this is the second time that a continuance of Defendant's sentencing hearing has been requested in this matter.[1] However, the Court finds good cause to continue Defendant's sentencing hearing based on Defense Counsel's stated reasons, namely the need to review the draft presentence report with Defendant as well as research and file necessary objections. (Doc. 129.) The Court also notes for the purposes of the record that Defense Counsel entered their notice of appearance on March 31, 2023. (Doc. 128.)

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Continue (Doc. 129) is **GRANTED**. It is hereby **ORDERED** that the deadline to file an Objection to the

---

[1] The United States Probation Office via memorandum requested a continuance of Defendant's sentencing hearing, on January 11, 2023, so that the Probation Office could complete its presentence investigation. (Doc. 124.) This Court continued the sentencing hearing pursuant to the Probation Office's request because a thorough presentence investigation report may assist this Court in determining a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a). (Doc. 125.)

Draft PSR (Doc. 127) is hereby **EXTENDED** to April 19, 2023. The Sentencing Hearing scheduled to take place on April 26, 2023, is **CANCELLED.** The Parties are hereby **ORDERED** to immediately confer with the Courtroom Deputy, Ms. Gloria Anderson, to reschedule Defendant's sentencing.

      **SO ORDERED**, this 6th day of April 2023

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**